UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS FULSTER, in his individual and representative capacity as Trustee, Chris & Mary Fulster Trust; BROADWAY BAIT, ROD, & GUN, INC., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case: 2:13-CV-01485-JAM-DAD<br><br>**ORDER** |

## **ORDER**

Pursuant to stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 4/8/2015        /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE